UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:07-CV-00388-KSF

| | |
|---|---|
| ALLIANT TAX CREDIT FUND 31-A, LTD.; | ELECTRONICALLY FILED |
| ALLIANT TAX CREDIT 31, INC.; | |
| ALLIANT TAX CREDIT FUND XXVII, LTD.; | |
| ALLIANT TAX CREDIT XXVII, INC.; | |
| ALLIANT TAX CREDIT XI, LTD.; and | |
| ALLIANT TAX CREDIT XI, INC. | PLAINTIFFS |
| v. | |
| NICHOLASVILLE COMMUNITY HOUSING, LLC.; | |
| JESSAMINE COMMUNITY HOUSING, LLC.; | |
| PRINCETON COMMUNITY HOUSING, LLC.; | |
| BOWLING GREEN COMMUNITY HOUSING, LLC.; | |
| WARREN COUNTY COMMUNITY HOUSING, LLC.; | |
| HOPKINSVILLE COMMUNITY HOUSING, LLC.; | |
| IRONWOOD DEVELOPMENT, LLC; | |
| ROBERT A. MCMASTER; and M. VINCENT MURPHY, III | DEFENDANTS |

**MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Alliant Tax Credit Fund 31-A, Ltd., Alliant Tax Credit 31, Inc., Alliant Tax Credit Fund XXVII, Ltd., Alliant Tax Credit XXVII, Inc., Alliant Tax Credit XI, Ltd., and Alliant Tax Credit XI, Inc., by and through undersigned counsel, and pursuant to Rule 56, Fed. R. Civ. P., move the Court for an Order entering judgment in their favor, and against Defendant, M. Vincent Murphy, III ("Murphy") and Defendant, Robert A. McMaster ("McMaster" and, together with Murphy, "Defendants" or "the Guarantor Defendants"), for the liquidated sum of $8,194,136 on Count II of Plaintiffs' First Amended Complaint and for the dismissal of all counts of Murphy's Counterclaims against Plaintiffs. In further support of this Motion, Plaintiffs rely on the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted,


/s/ Barry D. Hunter
Barry D. Hunter
Catherine M. Stevens
Frost Brown Todd LLC
250 West Main Street
Suite 2700
Lexington, KY  40507
Tel.:   (859) 231-0000
Fax:   (859) 231-0011

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was served by depositing in the U.S. mail, postage prepaid on this 10th day of June, 2009, to:

Stan Kreimer, Jr., Esq.
Johnson & Ward
2100 The Equitable Building
100 Peachtree Street, N.W.
Atlanta, GA  30303

James M. Mooney, Esq.
Moynahan, Irvin & Smith, P.S.C.
110 N. Main Street
Nicholasville, KY  40356

Mark T. Hayden, Esq.
Richard Boydston, Esq.
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, Ohio 45202-4728

                                            /s/Barry D. Hunter
                                            COUNSEL FOR PLAINTIFFS

LEXLibrary 0110817.0543643 397683v1